UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JARDINE,<br><br>                Plaintiff,<br><br>vs.<br><br>AMBRX BIOPHARMA, INC., STEPHEN GLOVER, DANIEL O'CONNOR, KATE HERMANS, JANET LOESBERG, PAUL MAIER, and MARGARET R. DALESANDRO, | Case No.: 3:24-CV-00262-LL-SBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James Jardine ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 11, 2024

                                **BRODSKY & SMITH**

                                By: *Evan J. Smith*
                                    Evan J. Smith, Esquire (SBN 242352)
                                    esmith@brodskysmith.com
                                    Ryan P. Cardona, Esquire (SBN 302113)
                                    rcardona@brodskysmith.com
                                    9595 Wilshire Blvd., Ste. 900
                                    Beverly Hills, CA 90212
                                    Phone: (877) 534-2590
                                    Facsimile (310) 247-0160

                                    *Attorneys for Plaintiff*